UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 MAR -7 PM 4:06

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN DARRELL RUCKEL<br><br>Defendant. | CASE NO. 2:23-cr-58<br><br>JUDGE Morrison<br><br>INFORMATION<br>18 U.S.C. § 247(a)(1)<br>18 U.S.C. § 247(d)(3) |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
**(Damage to Religious Property)**

On or about November 27, 2021, in the Southern District of Ohio, the defendant, **BENJAMIN RUCKEL**, knowingly and intentionally defaced, damaged, and destroyed religious property, to wit, Mt. Zion Church, located at 4810 Blacklick-Eastern Road NW, Baltimore, Ohio, and attempted to do so, because of the religious character of said property, and the offense involved the use, and attempted use, of fire, and was in or affecting interstate or foreign commerce.

In violation of 18 U.S.C. §§ 247(a)(1) and 247(d)(3).

KENNETH L. PARKER
United States Attorney

_____
BRIAN J. MARTINEZ (CA 224587)
Assistant United States Attorney

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

_____
DANIEL GRUNERT (DC 1721133)
Trial Attorney