AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:23-CR-58 |
| BENJAMIN D. RUCKEL ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: April 26, 2023

_Ben Ruckel_
*Defendant's signature*

_[signature]_
*Signature of defendant's attorney*

_MARK C COLLINS_
*Printed name of defendant's attorney*

_[signature]_
*Judge's signature*

_Sarah D. Morrison_
*Judge's printed name and title*