United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                             Case No. 2:23-cr-58

Benjamin Ruckel

COURTROOM MINUTES
Arraignment on Superseding Information

| U.S. District Judge Sarah D. Morrison | | Date: 4/26/2023 at 11:00 a.m. | |
|---|---|---|---|
| Deputy Clerk | | Counsel for Govt: | Brian Martinez |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Mark Collins |
| Interpreter | | Pretrial/Probation: | |
| Log In | | Log Out | |

Defendant filed a Waiver of Indictment.

Defendant pleaded Guilty to Count 1 of the Information.

The Court accepted Defendant's Waiver of Indictment and plea of Guilty.

The Court ordered a PSI.

Defendant to remain on bond pending sentencing.